

Entered on Docket
November 05, 2010

_____
**Hon. Mike K. Nakagawa**
<u>United States Bankruptcy Judge</u>

1  KATHLEEN A. LEAVITT
   ~~CHAPTER 13 STANDING TRUSTEE~~
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

5  IN RE:                           Chapter 13
   **ALFREDO H FELIX**              BKS-10-27741-MKN

6                                   Hearing Date: N/A
              **Debtor**            Hearing Time: N/A

7

8  **DELUCA & ASSOCIATES**
   **Attorney for Debtor**

9        **EX-PARTE ORDER DISMISSING CHAPTER 13**
         **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

10

11    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12 filed Schedules B-C, E, G-J; Chapter 13 Plan; B22c as required within the forty-five (45) day period,

   which expired on November 04, 2010.

13 . . .

14 . . .

15 . . .

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: November 05, 2010
9 (tsw)